IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-cv-00560

| | |
|---|---|
| CARLOS GARCIA,<br><br>                              **Plaintiff,**<br><br>v.<br><br>STATE FARM INSURANCE COMPANIES,<br>STATE FARM INSURANCE COMPANY,<br>STATE FARM FIRE AND CASUALTY<br>COMPANY, AND STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE COMPANY,<br><br>                             **Defendants.** | **ORDER** |

Upon motion by Defendant State Farm Fire and Casualty Company pursuant to Rule 21 of the Federal Rules of Civil Procedure and after reviewing the motion and memorandum of law, the Court determines that State Farm Insurance Companies, State Farm Insurance Company, and State Farm Mutual Automobile Insurance Company are misjoined parties and should be dropped from the suit.

It is hereby ORDERED that State Farm Insurance Companies, State Farm Insurance Company and State Farm Mutual Automobile Insurance Company be dismissed WITH PREJUDICE.

IT IS SO ORDERED.

Signed: November 4, 2013

Graham C. Mullen
United States District Judge