# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:13-cv-560-GCM

| | | |
|---|---|---|
| CARLOS GARCIA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE FARM INSURANCE | ) | |
| COMPANIES, *et al*, | ) | |
|     Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to the pending motions in this case, the trial in this matter is RE-SET for **June 8, 2015** in Courtroom #3.

IT IS SO ORDERED.

Signed: December 16, 2014

Graham C. Mullen
United States District Judge