IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-560-GCM

| | |
|---|---|
| CARLOS GARCIA, )<br>        Plaintiff, )<br>)<br>v )<br>)<br>STATE FARM FIRE AND )<br>CASUALTY COMPANY, )<br>        Defendant. ) | **ORDER** |

THIS MATTER is before the Court on its own motion. Due to the pending motion for summary judgment, the trial in this matter is RE-SET for the September 8, 2015 term of court.

IT IS SO ORDERED.

Signed: May 5, 2015

Graham C. Mullen
United States District Judge