# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Carlos Garcia, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00560-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| State Farm Insurance Company | ) | |
| State Farm Insurance Companies | | |
| State Farm Fire and Casualty Company | | |
| State Farm Mutual Automobile Insurance Company, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2015 Order.

June 15, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court